IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAURICE STROMAN,** | : | CIVIL ACTION NO. 1:16-CV-2543 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **JOHN WETZEL,** *et al.*, | : | |
| | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 6th day of March, 2018, upon consideration of plaintiff's motion (Doc. 29) for leave to amend, and in accordance with the court's memorandum issued this date, it is hereby ORDERED that:

1. The motion (Doc. 29) for leave to amend is GRANTED to the extent that plaintiff is authorized to amend his federal constitutional claims but is DENIED to the extent plaintiff seeks to add a new state law claim for defamation.

2. Plaintiff's proposed amended complaint (Doc. 29-1) is accepted as filed, except that plaintiff's proposed claim for defamation is STRICKEN from said pleading.

3. Defendants shall FILE an answer or appropriate pretrial motion in the manner set forth in the Federal Rules of Civil Procedure.

4. The pending motion (Doc. 19) to dismiss or, in the alternative, for summary judgment is DISMISSED as moot, but without prejudice to defendants' right to renew the motion as to the amended complaint.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania