# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAURICE STROMAN,** | : | CIVIL NO. 1:16-CV-2543 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **JOHN WETZEL,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 14th day of January, 2019, upon consideration of plaintiff's motion (Doc. 47) for preliminary injunctive relief, and plaintiff having failed to file a brief in support of the motion within fourteen days after the filing of the motion, as required by the Local Rules of Court, it is hereby ORDERED that the motion (Doc. 47) is deemed WITHDRAWN. See L.R. 7.5.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania