# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAURICE STROMAN,** | : | **CIVIL NO. 1:16-CV-2543** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **JOHN WETZEL**, *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 31st day of March, 2020, upon consideration of defendants' motion (Doc. 61) for summary judgment, and in accordance with the memorandum issued this date, it is hereby ORDERED that:

1. The motion (Doc. 61) is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of defendants Eberling and Hemcher, and against plaintiff.

3. The Clerk of Court is further directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania